EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | X  FCHR<br>X  EEOC | 510-2021-06107 |

EEOC

| Name (indicate Mr. Ms. Mrs.)<br>**Mr. Chris Wilson** | Home Phone (Incl. Area Code)<br>**(305) 588-4152** | Date of Birth<br>**November 9, 1968** |
|---|---|---|
| Street Address<br>**3153 Royal Garden Avenue, Fort Myers, FL 33916** | | City, State and ZIP Code |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**Collier County Government** | No. Employees, Members<br>**100+** | Phone No. (Include Area Code)<br>**(239) 252-8460** |
|---|---|---|
| Street Address<br>**3303 Tamiami Trail East, Naples, FL 34112-4961** | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>X  RACE   X  COLOR   __ SEX   __ RELIGION   __ NATIONAL ORIGIN<br><br>X  RETALIATION   __ AGE   __ DISABILITY   X  OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                Latest<br>**June 2020**      **July 2021**<br><br>__ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I was hired by Collier County on June 22, 2020 as a Senior Field Supervisor. During my employment with the County I was subjected to a culture of discrimination and unwelcome harassment based on my race and my engagement in protected activity. The discriminatory and illegal actions were committed by various supervisors, directors, and human resources personnel of the County.

I was hired after a phone interview during the COVID pandemic. On June 22, 2020, my very first day at work, I overheard a supervisor, Mark Martin, say "who's the new n***r" and started laughing. I complained to his supervisor, Darren Duprey, about the incident. On June 23, 2020, the very next day, one of the supervisors, Michael Stone, brought in a book called How to be Friends with a Black Person and said, "I heard you got a new n****r." I reported the incident to Daren Duprey. On this same day, another supervisor, Mark Martin, said, "These n****rs don't know what they're doing" referring to my Department Head and the Director who are also black.

On or about September 2020, I filed a formal complaint with Human Resources regarding the discriminatory pattern. On October 15, 2020, Stone confronted me about the complaint while I was out on the field about 50 miles away. I reported the incident to Albert English, the County Director and Scott Pickens, my immediate supervisor. Both me and Stone were called into the Superintendent's Office, Joe Frantz, to discuss the incidents. After all these incidents and investigations, the County never formally reprimanded or terminated anyone for their actions.

On or about February 2021, David Sirenord and I were standing in the parking lot when Catie Johnson, Safety Coordinator, walked by and greeted us with: "Morning boys!" Mr. Sirenord and I were extremely offended by the comment. Ms. Johnson asked us if there was a problem. I mentioned the incident to Pickens and English. The next morning, a local attorney appeared at the facility to provide a diversity training class. After the class, Johnson told Pickens that I was the "common" factor. I overheard the comment and immediately approached Pickens to confirm what he had heard Johnson say. Pickens and I reported the matter to English. They

DocuSign Envelope ID: 8B0BE823-6124-4B17-9094-49619E2A6760

**EEOC MIAMI DISTRICT OFFICE**
**RECEIVED 08/17/2021**

**EEOC Charge Number: 510-2021-06107**

attempted to request an inquiry. However, Johnson never returned to work and was considered as resigned.

From the beginning of my employment, I inquired about any Class A licenses that I might need. I had three different supervisors and asked them several times about the licenses and they always answered the same, they were not required. And other employees did not have them. On or about August 2020, I asked William Booker, a Supervisor, about the licenses and he said that the only thing I had to worry about is having a shovel and also called me the N word. I filed a complaint and Booker was suspended for 3 days.

On or about March 2021, Frantz, informed me that I was required to obtain a few licenses since I had been more than six months on the job. I was provided 90 days to get the licenses. On July 1. 2021, I was terminated for not having the required licenses. On that same day, as I was walking out, the Frantz loudly said, "It is a new day, our problems are over."

Respondent has violated my rights under the Title VII of the Civil Rights Act ("Title VII") and the Florida Civil Rights Act of 1992 ("FCRA"). I would like the agency to investigate my claims, issue a reasonable cause determination, and prevent Respondent from further unlawful conduct.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br>8/11/2021          *Chris Wilson*<br>_____   _____<br>Date                     Charging Party Signature | Notary Seal: <br>NURYMAR PACHECO DOMINGUEZ<br>Commission # HH 074575<br>Expires December 22, 2024<br>Bonded Thru Troy Fain Insurance 800-385-7019 |